**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6199**

_____

JIMMIE WAYNE JOINER,

                                        Plaintiff - Appellant,

        versus

OLIN CORPORATION; COMMONWEALTH OF VIRGINIA;
STATE CORPORATION COMMISSION OF THE
COMMONWEALTH OF VIRGINIA,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-04-682-2)

_____

Submitted:  June 10, 2005              Decided:  July 7, 2005

_____

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jimmie Wayne Joiner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmie Wayne Joiner seeks to appeal the district court's order dismissing his civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on December 20, 2004. The notice of appeal can be deemed filed no earlier than February 1, 2005, the date Joiner signed it. Because Joiner failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED